UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>    Plaintiff,<br><br>v.<br><br>**Karen S. Dedman**, in individual and representative capacity as trustee; **Krittika Khongpensok; Rattana Boonyang**; and Does 1-10,<br><br>    Defendants. | Case No.: 2:17-cv-00127-WBS-CKD<br><br>**ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br>Complaint Filed: January 20, 2017<br>Trial Date: N/A |

Having read the Stipulation to Continue Scheduling Conference and finding good cause it is hereby ordered that the deadline for the Rule 26 joint report be continued to **January 29, 2018** and the Scheduling Conference, be continued to **February 12, 2018 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: October 11, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-