# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 2:17-CV-00127-WBS-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| KAREN S. DEDMAN, in individual and representative capacity as trustee; KRITTIKA KHONGPENSOK; RATTANA BOONYANG; and Does 1-10, | |
| Defendants. | |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court continues the Scheduling Conference to **April 9, 2018 at 1:30 p.m**. The parties shall file a stipulated dismissal no later than March 26, 2018, or a Joint Status Report by that date if settlement has not been finalized. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: January 30, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE